# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LIBERTY INSURANCE CORPORATION, AS SUBROGEE OF MELISSA and JEFFREY WILKINS, | ) ) ) ) | CIVIL ACTION NO: 4:20-cv-00957-AGF |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | |
| SIEMENS CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Alana K. Bassin, move to be admitted pro hac vice to the bar of this court for the purpose of representing Defendant Siemens Corporation in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a)   Full name of the movant attorney: Alana K. Bassin;

(b)   Name of firm movant practices:
Bowman and Brooke LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel: (612) 339-8682
Fax: (612) 672-3200
Dir: (612) 672-3250

(c)   Email: Alana.Bassin@bowmanandbrooke.com;

(d)   Name of law school and graduation date:
University of North Dakota School of Law, Mary 1996

25362481v1

(e)     Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| | | |
|---|---|---|
| Minnesota | 10/25/1996 | Bar# 0266589 |
| North Dakota | 09/27/1996 | Bar# 05449 |
| U.S.D.C. District of Minnesota | 12/05/1997 | |
| U.S.D.C. District of North Dakota | 04/08/2014 | |
| U.S.D.C. District of Colorado | 07/14/2011 | |
| U.S.D.C. Eastern District of Michigan | 12/11/2013 | |
| U.S.D.C. Eastern District of Wisconsin | 09/26/2016 | |
| U.S. Court of Appeals - 8th Circuit | 04/20/2018 | |

(f)     The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)     Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district. Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

2

25362481v1